RECEIVED

JUN 28 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RE: COURT TRANSCRIPTS FOR CASE #1:MJ-00224BAM
EDCA,

FRESNO / 5:18-MJ-70126-MAG

TO WHOM IT MAY CONCERN,

I AM WRITING IN REQUEST OF ALL COURT TRANSCRIPTS IN TO ABOVE CASE DATED ON 02/05/2018 PLEASE. CAN YOU SEND REQUESTED INFORMATION TO MY MAILING ADDRESS BELOW:

MANUEL RAMIREZ
30059-077
FEDERAL CORRECTIONAL INSTITUTION
3600 GUARD ROAD
LOMPOC CA, 93436-2705

THANK YOU FOR YOUR TIME AND CONSIDERATION IN TO THIS MATTER.

SINCERELY YOURS
*Manuel Ramirez*
Manuel Ramirez

SANTA BARBARA CA 931

25 JUN 2019 PM 3 L

United States District
Court of California
San Jose 280 s First street
RM. 2112

San Jose California 95113

95113-30550

Name: Manuel Ramirez
Reg. No.: 30052-077
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436-2705